UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>GLEN D. O'NEILL, )<br>Defendant )<br>) | No. 23-mj-5457-JGD |

**AFFIDAVIT OF OUTSTANDING ARREST WARRANT**
**PURSUANT TO FED.R.CRIM.P. 5(c)(3)**

I, Mathias Varga, Deputy U.S. Marshal, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am aware that there is presently an outstanding warrant of arrest for Glen D. O'Neill on a criminal complaint issued by the United States District Court for the District of Arizona on August 31, 2023, charging the defendant with violating 36 C.F.R. § 261.52(b) (using an explosive) and 36 C.F.R. § 261.5(c) (causing timber, trees, slash, brush or grass to burn without authorization by permit). I hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Mathias Varga
Deputy U.S. Marshal

_____
HON. JUDITH G. DEIN
United States Magistrate Judge